and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution, grant certiorari, and vacate the death sentence in this case.

SEPTEMBER 17, 1984

No. 83–2026.   SUMMA CORP., DBA FRONTIER HOTEL *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 18, 1984

No. A–1071.   DUKES *v.* MARYLAND.   C. A. 4th Cir.   Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–397.   IN RE DISBARMENT OF BERGMAN.   Disbarment entered.   [For earlier order herein, see 465 U. S. 1002.]

No. D–415.   IN RE DISBARMENT OF LUOMA.   Disbarment entered.   [For earlier order herein, see 466 U. S. 902.]

No. D–421.   IN RE DISBARMENT OF TAYLOR.   Disbarment entered.   [For earlier order herein, see 466 U. S. 956.]

No. D–425.   IN RE DISBARMENT OF DENEND.   Disbarment entered.   [For earlier order herein, see 466 U. S. 956.]

No. D–426.   IN RE DISBARMENT OF PECKRON.   Disbarment entered.   [For earlier order herein, see 466 U. S. 956.]

No. D–431.   IN RE DISBARMENT OF WATSON.   Disbarment entered.   [For earlier order herein, see 466 U. S. 969.]

No. D–433.   IN RE DISBARMENT OF GRAMZA.   Disbarment entered.   [For earlier order herein, see 467 U. S. 1203.]

No. D–434.   IN RE DISBARMENT OF SCHETTINO.   Disbarment entered.   [For earlier order herein, see 467 U. S. 1224.]

No. D–436.   IN RE DISBARMENT OF HOWARD.   Disbarment entered.   [For earlier order herein, see 467 U. S. 1237.]

No. D–439.   IN RE DISBARMENT OF GERZOF.   Disbarment entered.   [For earlier order herein, see 467 U. S. 1238.]